UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERALD PIERCE,
    Plaintiff,

V.

                              CIVIL ACTION: 07-11305-PBS

MAUREEN WALSH, ET AL,
    Defendants.

## FINAL JUDGMENT

SARIS, U.S.D.J.                                                                               June 21, 2010

    Pursuant to the Court allowing defendants' Motion to Dismiss (doc. #14), it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of defendant Harry Barnes and defendant Greg Nyman.

                                                                By the Court,

                                                                /s/ Robert C. Alba
                                                               Deputy Clerk